UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: Maximiliano Perez- Montiel | Case No.: | **26-20900-SLM** |
| | Chapter: | **7** |
| | Judge: | **Stacey L. Meisel** |

## NOTICE OF PROPOSED ABANDONMENT

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on December 1, 2026, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 138 Hamilton Avenue, 2nd Floor, Passaic, New Jersey**

**Current Market Value of Property: $800,000.00**
**Estimated Cost of Sale: $80,000.00**

**Liens on property: Shellpoint: $414,612.00**
Shellpoint:$304,063.00

**Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name: Benjamin A. Stanziale, Jr., Trustee

Address: 2839 Route 10, Suite 102, Morris Plains, New Jersey 07950

Telephone No.: (973) 731-9393